IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA, )
                              Plaintiff, )
                                     )
     vs. )   Case No. 10-40105-01-RDR
                                     )
JOHN M. TYLER, )
                             Defendant. )
                                     )

## O R D E R

**NOW** on this 17th day of November, 2010, the above-entitled matter comes before the Court upon the motion of counsel for the accused for an order granting additional time of thirty (30) days to file motions herein. The Court, after reviewing the motion and being fully advised in the premises finds that there exists good cause for the motion, and that the motion should therefore be sustained.

The Court finds that the parties have entered into plea negotiations and the additional time is needed to assist the parties in resolving this matter without the necessity of filing motions. The Court further finds that failure to grant the extension would result in a miscarriage of justice and deny the defendant due process. The Court further finds that the period of delay resulting from the continuance granted pursuant to this Order shall be excludable time as provided for in 18 U.S.C. 3161(h)(7) in that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED** that the accused have additional time up to and including December 16, 2010 to file motions in the above-entitled action, and the government shall have until December 27, 2010 to file responses. The motions hearing is hereby rescheduled to January 6, 2011 at 9:30 a.m. The period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

                                      s/Richard D. Rogers
                                      United States District Judge